AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC.; CAROLINTONE MUSIC COMPANY, INC.; JANICE-MARIE VERCHER d/b/a CONDUCIVE MUSIC; SPIRIT ONE MUSIC; EMBASSY MUSIC CORPORATION; THOMAS J. COUCH, STEWART M. MADISON AND GERLAD B. STEPHENSON, d/b/a MUSCLE SHOALS SOUND PUBLISHING CO., PEERMUSIC III LTD.<br>*Plaintiff(s)*<br>v.<br>GHIRINGHELLI PIZZERIA GRILL & PUB; OLIMPIA'S RESTAURANTS, INC.; MICHAEL GHIRINGHELLI; and OLIMPIA GHIRINGHELLI<br>*Defendant(s)* | Civil Action No.  3:23-CV-04971 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
   Ghiringhelli Pizzeria Grill & Pub
   Olimpia's Restaurants, Inc.
   Michael Ghiringhelli
   Olimpia Ghiringhelli

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
   KAREN S. FRANK (State Bar No. 130887)
   SABRINA A. LARSON (State Bar No. 291661)
   COBLENTZ PATCH DUFFY & BASS LLP
   One Montgomery Street, Suite 3000
   San Francisco, California 94104-5500
   Email:     efilingksf@cpdb.com; ef-szl@cpdb.com

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
                          *Signature of Clerk or Deputy Clerk*